# Cover Sheet

From: Donald Ray Britton T.D.C.J. no: 1657318
C.T. Terrell, Unit 1300 FM Road 655
Rosharon Tx 77583

Court Of Criminal Appeals no. WR-81,957-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

Dear Clerk:

Enclosed please find relator's Response To March 12, 2015 Letter From The Court Of Criminal Appeals.

The relator is requesting that this Clerk please file these papers and to bring them to the attention of the Court.

I greatly appreciate your time and assistance with this matter that is now pending before this Court.

To: The Clerk Of The Court Of Criminal Appeals P.O. Box 12308, Capitol Station Austin, Texas 78711

-1-

# In The Court Of Criminal Appeals
## Austin, Texas

Donald Ray Britton
(Relator)

.v.

The State Of Texas
Clerk: Tonna Hitt
Judge: Ralph H. Walton
D.A. Robert Christian
(Respondents)

Response In Cause
no: WR-81,957-01 Writ
Of Mandamus C.C.A.

- - - - - - - - - - - - - - - - - -

## RESPONSE
To March 12, 2015 letter From The Court Of Criminal Appeals

To the Honorable Judge of the Court Of Criminal Appeals. Now comes Ex Parte Donald Ray Britton, the Relator in this above said styled cause of action. This is in response to a letter dated; March 12, 2013 that was received on March 25, 2015 by the relator from the Court Of Criminal Appeals. In support of this Response the relator wishes to show this Court the following.

## I.

On March 25, 2015 the relator in this matter received a letter dated March 12, 2015 from the Court Of Criminal Appeals Clerk Able Acosta stating that on September 10, 2014 this Court entered an order requiring the relator to respond within 30 days by either presenting an order designating

-2-

issues, submitting the application for Writ Of Habeas Corpus to this Court, or by certifying that no application was filed. A copy of said order is available on our website under the above referenced writ number. To date no response to this order has been received.

Please take action within the next ten days to explain why you have not complied with the order of September 10, 2014.

## II.

The relator filed his original Writ Of Mandamus with the Court Of Criminal Appeals that was received by this Court on August 15, 2014. In this Writ of Mandamus the relator alleges that his convicting trial court, (the 355th Judicial District Court Of Hood County Texas) is holding his 11.07 Writ Of Habeas Corpus without justification, and the relator by filing this Writ Of Mandamus is seeking relief from the actions of the convicting trial court.

## III.

## Judicial Notice

In this matter that is before the Court, the relator at this time is requesting that the Honorable Judge of said Court please take Judicial Notice to the fact that I, the relator, Never Received A Copy Of This Order From The Court and has not received any legal correspondence back from this Court since the time of the original filing of his application for Writ Of Mandamus with the Court Of Criminal Appeals and has only received a "White

-3-

Card" stating this Court received his writ and that it has been presented to the Court.

## IV.

For this reason stated above the relator was unfortunately unable to have an opportunity to properly and timely respond to this Sept 10, 2014 order by this Court and he is now requesting that he be allowed to receive a copy of this order at this time and be allowed 30 days to respond.

Further the relator request that this Court take under its consideration the relator is incarcerated and is not allowed internet access which would allow him to obtain a copy of this order from the Court Of Criminal Appeals website on his own.

## V.

However on March 25, 2015 at the time the relator received this letter from the Court stating that he had ten days to respond and to explain why he has not complied with the Sept 10, 2014 order the relator immediately upon receiving this letter sent an I-60 Request Form to the C.T. Terrell, Unit mailroom, (see attached I-60 request form). As you can see in the Disposition (response) to this I-60 requesting this information the relator received a very evasive response.

Therefore in an attempt at an alternative means of relief and to prove the facts alleged by the relator (this being that he did not receive a copy of the order) at the discretion and with the permission of this Court he is requesting to be allowed to file an Motion For Leave to do Limited Discovery and Disclosure of Mailroom Records and Login Records For

-4-

Legal Mail during the month of Sept 2014.

I have been diligent in my attempt to gain this information from the mailroom and they have been evasive and have refused to turn over this information. They are also in violation of their own policies and procedures for the distribution of legal mail on this unit by not allowing inmates to be able to sign for their legal mail and to receive a receipt showing that they received their legal mail. They are being allowed to circumvent their own rules. This is why it is important that the relator be allowed this discovery to show the court by factual evidence that he never received this order dated September 10, 2014.

## Prayer For Relief

The relator Prays that the Court Grant him the relief requested in his response and that he be allowed a copy of this order and permission to file a motion for leave to obtain limited discovery and disclosure of these records and that he be given a chance to respond to this order and to be allowed time to prepare and present courts request for designated issues.

Sighn: _____

Date: March 29, 2015

## Certificate Of Service

The relator certifies that on this date March 29, 2015, He sent to the Clerk of the Court Of Criminal Appeals his response to the March 12, 2015 letter.

Sighn: _____

Print name: Donald Ray Britton

Date: March 29, 2015

-5-

**SUBJECT:** State briefly the problem on which you desire assistance.

today 3-25-15

I just received in the mail (Legal) a letter stating that the Court Of Criminal Appeals sent me legal mail on Sept 10, 2014 here at the C.T. Terrell, Unit.

I never received this legal mail from the mail-room here at the C.T. Terrell Unit.

Would you please check your records and tell me if you have any records showing that i received any legal mail from the Court Of Criminal Appeals in the month of September, 2014

Name: Donald Britton    No: 1657318    Unit: Terrell

Living Quarters: A4-13    Work Assignment: Medically Unassigned Sg 01

**DISPOSITION:** (Inmate will not write in this space)

We do not provide this info.

M. Varela

☆I-60 (Rev. 11-90)

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee).*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: *Mailroom*
(Name and title of official)

DATE: *3-25-15*

ADDRESS: *C.T. Terrell, Unit*